UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| OWNERS INSURANCE COMPANY., | C.A. NO.: 3:24-cv-06500-MGL |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT** |
| ADALEASE PROPERTY MANAGEMENT, INC., JOHN LATIMER, PROMENADE AT SANDHILL CONDOMINIUM ASSOCIATION, INC., and NORTH BAY TRUST COMPANY, | |
| Defendants. | |

TO:  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA AND ALL PARTIES AND ATTORNEYS OF RECORD:

Plaintiff hereby notifies the Court that the subject matter of this lawsuit has been resolved and Plaintiff hereby submits this Notice of Settlement to notify the Court that the lawsuit has been settled and to request 60 days in which to file the dismissal.

Dated this  7th  of April, 2025.        WALL TEMPLETON & HALDRUP, P.A.

s/Morgan S. Templeton
Morgan S. Templeton (Fed ID #7187)
145 King Street, Suite 300
Post Office Box 1200
Charleston, South Carolina 29402
(843) 329-9500
Attorney for Plaintiff